569 A.2d 951

**Richard GROSS and Gloria Gross, his wife, Petitioners,**

v.

**PITTSBURGH METRO REAL ESTATE, INC., d/b/a Century 21 Metro Realty, and J. Edward Campbell, Administrator of the Estate of Bessie Morris Vickerman, a/k/a Bessie I. Morris, Respondents,**

v.

**Joseph SPINOLA, Respondent.**

Supreme Court of Pennsylvania.

Feb. 13, 1990.

## ORDER

PER CURIAM:

The Cross–Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court vacating the award of delay damages is reversed and the Order of the trial court is reinstated. See *Laudenberger v. Port Authority of Allegheny County*, 496 Pa. 52, 436 A.2d 147 (1981); Pa.R.C.P. 238, as adopted effective November 7, 1988; *Ceresini v. Valley View Trailer Park*, 380 Pa.Super. 416, 552 A.2d 258 (1988); *Snelsire v. Moxon*, 384 Pa.Super. 85, 557 A.2d 785 (1989); and *Jistarri v. Fentress*, 390 Pa.Super. 209, 568 A.2d 618 (1989).